# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

TAMESHA WILLIAMS                                                                                           PLAINTIFF

V.                                          4:16CV00800 SWW/PSH

PULASKI COUNTY JAIL                                                                              DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Susan W. Wright. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Tamesha Williams filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on October 31, 2016. Williams did not pay the $400.00 filing and administrative fees, or file an application for leave to proceed *in forma pauperis* (IFP). Additionally, Williams' complaint did not name an appropriate defendant. On November 1, 2016, the Court entered an order directing Williams to pay the filing and administrative fees, or to file an IFP application, within 30 days. Doc. No. 2. That order also directed Williams to file a signed, amended complaint, identifying a proper defendant, and warned Williams that the failure to comply would result in the recommended dismissal of the complaint.

More than 30 days have passed, and Williams has not paid the filing and administrative fees, filed an IFP application, filed an amended complaint, or otherwise responded to the Court's order. Under these circumstances, the Court concludes that Williams' complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Tamesha Williams' complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE