**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

TAMESHA WILLIAMS                                                                                    PLAINTIFF

V.                                             4:16CV00800 SWW

PULASKI COUNTY JAIL                                                                              DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 4th day of January 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE